**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6915**

———————————

DARRELL LAW,

                                     Plaintiff - Appellant,

      versus

ZELDA WESLEY, Assistant United States
Attorney; RITA R. VALDRINI, United States
Attorney; THOMAS E. JOHNSTON, United States
Attorney; JOHN S. KAULL, United States
Magistrate; IRENE M. KEELEY, United States
District Judge; JO JO ANTOLOCK, West Virginia
State Police,

                                     Defendants - Appellees.

———————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg. John Preston Bailey,
District Judge. (3:06-cv-00096)

———————————

Submitted: October 18, 2007       Decided: October 25, 2007

———————————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darrell Law, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Law appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Law v. Wesley, No. 3:06-cv-00096 (N.D.W. Va. May 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED